RECEIVED

1  **DERRICK MARTIN KING**
2  1445 Crestview Avenue
   Akron, Ohio 44320-4049
3  Phone: (330) 867-3979
   Email: dmking12370@hotmail.com
4  *Pro se Plaintiff*

2020 JUN 12  PM 3: 34

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY_____ eva

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

IFP  10  DERRICK MARTIN KING,              Case No. S ACV 20 - 0 1 0 6 8 JVS (ADSx)

11                     Plaintiff

12          vs                            Judge _____

13  THE TAFT UNIVERSITY SYSTEM, INC.,     COMPLAINT FOR DECLARATORY AND
                                          INJUNCTIVE RELIEF
14                     Defendants

15                                        (1)   Declaratory Judgment; and

16                                        (2)   Breach of Contract

17

18

19        Now comes the Plaintiff DERRICK MARTIN KING, appearing *pro se*, and he

20  states the following:

21                     Preliminary Statement

22        1.    This is a complaint seeking declaratory and injunctive relief

23  against The Taft University System, Inc. (hereinafter "Taft University") for

24  having policies that are in conflict with 34 CFR § 668.34.

25                     Jurisdiction and Venue

26        2.    This Court has jurisdiction over the case under 28 U.S.C. § 1331

27  as it involves a federal question. In addition, this Court has authority to

28  grant declaratory relief under the Declaratory Judgment Act, 28 U.S.C. §§ 2201

*Verified Complaint for Declaratory and Injunctive Relief,* Page **1** of 10

and 2202. Finally, this Court has supplemental jurisdiction under 28 U.S.C. § 1367 over the state law claims.

3.     Venue in this Court is proper under 28 U.S.C. §§ 1291(b)(1) and (b)(2) in that Defendant's principal place of business is located in Santa Ana, California and that a substantial part of the events giving rise to Plaintiff's claims occurred in this jurisdiction.

Parties

4.     Plaintiff Derrick Martin King (hereinafter "King") is an adult currently residing at 1445 Crestview Avenue, Akron, Ohio 44320-4049 at all times herein.

5.     Defendant Taft University is a California corporation whose principal place of business is located at 3700 South Susan Street, Suite 200, Santa Ana, California 92704-6954. Taft University owns and operates the Taft Law School (hereinafter "Taft Law").

Statement of Relevant Facts

6.     Taft Law was founded in 1984 and is a distance education, online-based law school based in Santa Ana, California.

7.     Taft Law offers Juris Doctor (J.D.) and Master of Laws (LL.M.) law degree programs.

8.     The method of instruction at this law school for the Juris Doctor (J.D.) degree program is principally by correspondence.

9.     Taft Law is not accredited by the American Bar Association nor by the State Bar of California.

10.     The Law School Admission Council lists Taft Law as a "Non-ABA-Approved Law School" and explains that most states do not "permit graduates of these schools to take the bar examination" nor "admit to their bars a graduate of a non-ABA-approved law school." Law School Admission Council. *Non-ABA-Approved Law Schools.* Retrieved June 5, 2020 from

*Verified Complaint for Declaratory and Injunctive Relief,* Page **2** of **10**

1 | https://www.lsac.org/choosing-law-school/find-law-school/non-aba-approved-
2 | law-schools.

3 |     11.    Students enrolled in the J.D. degree program at this law school
4 | who successfully complete the first year of law study must pass the First-
5 | Year Law Students' Examination required by Business and Professions Code §
6 | 6060(h) and Rule VIII of the Rules Regulating Admission to Practice Law in
7 | California as part of the requirements to qualify to take the California Bar
8 | Examination.

9 |     12.    A student who passes the First-Year Law Students' Examination
10 | within three (3) administrations of the examination after first becoming
11 | eligible to take it will receive credit for all legal studies completed to
12 | the time the examination is passed.

13 |     13.    A student who does not pass the examination within three (3)
14 | administrations of the examination after first becoming eligible to take it
15 | must be promptly disqualified from the law school's J.D. degree program.  If
16 | the dismissed student subsequently passes the examination, the student is
17 | eligible for re-enrollment in this law school's J.D. degree program, but will
18 | receive credit for only one year of legal study.

19 |     14.    Study at, or graduation from, this law school may not qualify a
20 | student to take the bar examination or to satisfy the requirements for
21 | admission to practice in jurisdictions other than California.

22 |     15.    A student intending to seek admission to practice law in a
23 | jurisdiction other than California should contact the admitting authority in
24 | that jurisdiction for information regarding the legal education requirements
25 | in that jurisdiction for admission to the practice of law.

26 |     16.    In February 2016 King submitted an application for admission in
27 | the Taft Law Juris Doctor-Attorney Track Program (Telecommunications Courses).

28 |     17.    King's application for admission was approved.

*Verified Complaint for Declaratory and Injunctive Relief,* Page **3** of **10**

18.    On March 3, 2016, King signed the Taft Law Enrollment Agreement and Disclosure Statement (annexed hereto and marked as EXHIBIT A).

19.    The Taft Law first year courses consisted of the following:

- LAW601 Introduction to Law (1 Semester Unit);

- LAW616 Contracts (8 Semester Units);

- LAW612 Torts (7 Semester Units);

- LAW613 Criminal Law (5 Semester Units); and

- LAW604 Legal Writing (3 Semester Units).

20.    King began taking his Taft Law first year courses on April 4, 2016.

21.    Grades for all Taft Law courses are only entered at the end of the term (with over 50 percent consisting of the grade on the final exam).

22.    King subsequently passed his Introduction to Law and Legal Writing courses, but failed his courses in Contracts, Torts, and Criminal Law.

23.    As a direct result of King's grades, he was administratively withdrawn from Taft Law and was required to wait two (2) years before re-enrolling.

24.    In March 2019, King's application to re-enroll at Taft Law was approved.

25.    King subsequently submitted a request for financial aid.

26     On March 26, 2019, King received an electronic mail communication from Lucy Cordova, the Director of Financial Aid for Taft University that indicated that he was not eligible for financial aid due to recent federal regulations.

27.    King was given an opportunity to appeal, but said appeal was denied.

28.    Over the course of the next several months, King received several electronic mail communications from Taft Law Admissions Coordinator Norma R. Gomez, administrative assistant Alexandrea Becker, and Taft Law Director of

*Verified Complaint for Declaratory and Injunctive Relief,* Page **4** of **10**

Student Services Joan Slavin regarding the possibility of re-enrolling in the Taft Law program.

29.  King explained to Ms. Gomez and Ms. Slavin the situation regarding his perceived ineligibility for financial aid.

30.  On February 7, 2020, King received a telephone call from Ms. Slavin.

31.  During the telephone conversation, Ms. Slavin told King that he should have still been eligible for financial aid as he was not on academic or financial aid probation at the time he was withdrawn from Taft Law.

32.  King subsequently contacted Ms. Cordova regarding the information he received from Ms. Slavin regarding his eligibility for financial aid.

33.  Ms. Cordova reaffirmed her opinion that King was not eligible for financial aid.

34.  The terms of the Taft Law Enrollment Agreement state the following with respect to evaluating academic progress:

> A student's academic progress is evaluated at the end of each academic year. The definition of an academic year consists of a period of time of not less than 48 nor more than 52 consecutive weeks and consists of 24 semester credits. For students on a Student Academic Improvement Plan (SAIP), satisfactory academic progress is evaluated at the end of each payment period.

35.  With regards to students attempting to re-enroll in the program, the Taft Law Enrollment Agreement states that:

> If a student did not make satisfactory academic progress in his/her prior year, he/she will be placed on a Student Academic Improvement Plan (SAIP). Academic progress for students on SAIP will be evaluated at midpoint and at the

*Verified Complaint for Declaratory and Injunctive Relief,* Page **5** of **10**

end of the academic year. If the student has not satisfied the SAIP requirements, he/she may lose financial aid eligibility unless the student appeals and appeal is approved.

To qualify for the first installment of financial aid after year one, a student must:

1.    If a transfer student, submit official transcripts from all academic institutions attended prior to admission to Taft Law School required to satisfy the Committee of Bar Examiners' admission requirement.

2.    Successfully complete 30 days of enrollment.

To qualify for the second installment, a student must:

1.    Successfully complete at least 26 weeks of study.

2.    Complete all midterms for all courses that have midterms.

3.    Midterms must be completed timely.

4.    If a student is enrolled in a course that does not have a midterm, the student must have completed at least half of the assignments for that course.

## FIRST CLAIM FOR RELIEF

*Declaratory Judgment Finding that King Remains Eligible for Financial Aid.*

36.    King incorporates by reference all the preceding paragraphs as if fully rewritten herein.

37.    The Declaratory Judgment Act provides that "any court of the United States . . . may declare the rights and other legal relations of any interested party seeking such declaration." 28 U.S.C. § 2201(a).

38.    An actual controversy has arisen and now exists between King and Taft University concerning whether Taft Law's Satisfactory Academic Progress Policy complies with Federal regulations and a judicial declaration is necessary and appropriate at this time.

39.    34 CFR § 668.34(a) requires educational institutions that accept title IV funds to establish a reasonable satisfactory academic progress policy.

40.    34 CFR § 668.34(d) states as follows:

> (d)    **Institutions that evaluate satisfactory academic progress annually or less frequently than at the end of each payment period.**
>
> (1) An institution that evaluates satisfactory academic progress annually or less frequently than at the end of each payment period and determines that a student is not making progress under its policy may nevertheless disburse title IV, HEA program funds to the student under the provisions of paragraph (d)(2) or (d)(3) of this section.
>
> (2) The institution may place the student on financial aid probation and may disburse title IV, HEA program funds to the student for the subsequent payment period if –
>
> (i) The institution evaluates the student and determines that the student is not making satisfactory academic progress;
>
> (ii) The student appeals the determination; and
>
> (iii)

*Verified Complaint for Declaratory and Injunctive Relief,* Page **7** of **10**

1    (A) The institution determines that the student should be

2    able to be make satisfactory academic progress during the

3    subsequent payment period and meet the institution's

4    satisfactory academic progress standards at the end of that

5    payment period; or

6    (B) **The institution develops an academic plan for the**

7    **student that, if followed, will ensure that the student is**

8    **able to meet the institution's satisfactory academic**

9    **progress standards by a specific point in time.** (Emphasis

10   Added)

11   (3) A student on financial aid probation for a payment

12   period may not receive title IV, HEA program funds for the

13   subsequent payment period unless the student makes

14   satisfactory academic progress or the institution

15   determines that the student met the requirements specified

16   by the institution in the academic plan for the student.

17   41.    The Taft Law Satisfactory Academic Progress Policy as specified

18   in their Enrollment Agreement does not comply with all of the requirements

19   set forth in 34 CFR § 668.34 in that the institution failed to develop an

20   academic plan for King that, if followed, will ensure that he is able to meet

21   Taft Law's satisfactory academic progress standards by a specific point in

22   time as required by subsection (d)(2)(iii)(B) of the regulation.

23                           **SECOND CLAIM FOR RELIEF**

24                              *Breach of Contract*

25   42.    King incorporates by reference all the foregoing paragraphs as if

26   fully rewritten herein.

27   43.    King and Taft University entered into a contractual agreement.

28

1  Taft University breached the agreement by failing to establish a SAIP nor did
2  it allow King to receive Title IV financial aid under 34 CFR § 668.34(d).

3      44.    King is seeking the remedy of specific performance which requires
4  Taft University to (1) re-enroll King into the Taft Law program; (2) develop
5  a SAIP plan for him to comply with; and (3) allow King to receive any Title
6  IV financial aid that he would otherwise be eligible for.

7                              Prayer for Relief
8      King asks that this Court enter judgment against Taft University as
9  follows:

10     1.    Enter a declaratory judgment stating that the Satisfactory
11           Academic Progress policy detailed in the Taft Law Enrollment
12           Agreement conflicts with the terms set forth in 34 CFR §
13           668.34;

14     2.    Enter a declaratory judgment stating that King was illegally
15           denied financial aid from Taft Law by failing to follow 34
16           CFR § 668.34;

17     3.    Enter a judgment finding that Taft University breached the
18           Enrollment Agreement by (1) failing to develop a SAIP plan
19           for King to follow; or (2) refusing to allow King to receive
20           any Title IV financial aid;

21     4.    Issue injunctive relief requiring Taft University to (1)
22           re-enroll King into the Taft Law program; (2) develop a SAIP
23           plan for him to comply with; and (3) allow King to receive
24           any Title IV financial aid that he would otherwise be
25           eligible for;

26     5.    Award King costs and expenses associated with the filing of
27           this action (including any attorney's fees); and

28

*Verified Complaint for Declaratory and Injunctive Relief,* Page **9** of **10**

1      6.      Grant King any such relief that the Court deems just and

2              equitable.

3  Dated this 9th day of June, 2020.

4

5                                        **DERRICK MARTIN KING**

6                                        1445 Crestview Avenue
                                         Akron, Ohio 44320-4049

7                                        Phone: (330) 867-3979
                                         Email: dmking12370@hotmail.com

8                                        *Pro se Plaintiff*

9                               <u>Verification</u>

10     I, Derrick Martin King hereby verifies under penalty of perjury that

11  he has read the Complaint and its contents and states to the best of his

12  knowledge and recollection that the matters stated herein are true and

13  correct.

14

15  Executed on: 06/09/2020

16                                       **DERRICK MARTIN KING**

17

18

19

20

21

22

23

24

25

26

27

28

*Verified Complaint for Declaratory and Injunctive Relief,* Page **10** of **10**

# EXHIBIT A

DocuSign Envelope ID: E5B4D9A7-D385-4C63-BFFE-A9D4A13F17DA

**TAFT LAW SCHOOL**
**ENROLLMENT AGREEMENT AND DISCLOSURE STATEMENT**
**JURIS DOCTOR–ATTORNEY TRACK PROGRAM**
*(Telecommunications Courses)*

This Agreement made this ___3rd day of March, 2016___, by and between ___Derrick M. King___ (hereinafter referred to as "Student") and Taft Law School, a division of The Taft University System, Inc., a California corporation, (hereinafter referred to as "Taft Law School" or "School").

### Recognition by the State Bar of California

Degree granting authority in connection with its students qualifying to take the California Bar Examination and obtain admission to the practice of law in California is based on Taft Law School's registration as an unaccredited law school with the Committee of Bar Examiners.

### Recitals

WHEREAS, Taft Law School has developed and administers a distance education Juris Doctor–Attorney Track Program utilizing telecommunications technology, has been extended accreditation by the Distance Education Accrediting Commission, and is registered as a law school with the Committee of Bar Examiners of the State Bar of California:

WHEREAS, Student, after carefully reviewing the *Taft Law School General Catalog*, the *Juris Doctor–Attorney Track Catalog Supplement*, the *Student Handbook*, the *Consumer Information Guide* and the School's website (www.TaftU.edu), desires to enroll in the Juris Doctor–Attorney Track Program offered by the School;

NOW THEREFORE, in consideration of the mutual covenants herein contained, it is agreed by and between the parties as follows:

### Enrollment

Student hereby enrolls in the Juris Doctor–Attorney Track Program and agrees to adhere to all rules, regulations and standards of Taft Law School as set forth in the School Catalog and Student Handbook (including any future revisions or supplements thereto). Student further agrees to adhere to all applicable rules and regulations of the Committee of Bar Examiners of the State Bar of California. Student acknowledges and agrees that Taft Law School has the right to disqualify, discontinue, or exclude any student for academic reasons who does not maintain good academic standing as defined in the Student Handbook or engages in unethical conduct as determined by the Administration of the School. Student agrees to pay the tuition and fees set forth in Exhibit "C" to this Agreement. (For reference purposes, important information on **Total Course Price (TCP)**, the total estimated cost Student may incur through graduation, can be found on Attachment I.) Taft Law School will promptly send all lessons and school supplied materials for the courses listed on Exhibit "C".

### Student's Right to Cancel and Refund Policy

The School has adopted the following refund policy which will apply to this Agreement. If Student cancels enrollment within five days of Student's execution of this Agreement, the School will refund all money paid by Student. Should Student cancel this agreement within 14 days after enrollment, the School will refund 100% of tuition charges paid by the student. "Enrollment" for refund purposes is considered to have become effective upon execution of this Agreement by Student. Thereafter, if Student withdraws or is dismissed, Student shall be entitled to a prorata refund of tuition charges up to thirty weeks from the date of enrollment. No refunds are payable after week thirty and refunds are not payable for completed courses. For refund calculation purposes, any withdrawal shall become effective on the date Student notifies the School, in any manner, of Student's intent. However, for the withdrawal to be effective Student must follow the procedures set forth in the "**Notices**" section of this Agreement. Dismissals shall be effective on the date such action is taken by Administration or when Student fails to maintain the academic standards set forth in the *Student Handbook*, whichever shall occur first. As an example of the refund policy: a student executing this Agreement on July 1, 2012, paying tuition in the amount of $7,920.00 and withdrawing on September 6, 2012 without completing any courses would receive a refund of $6,336.00. ($7,920.00 multiplied by 80%. For refund purposes, an academic year is considered to be fifty weeks. On September 6th, 80% of the academic year remained.) Refund computations are based on the total tuition obligation, not the amount of tuition previously paid. Unless otherwise noted in writing, other School fees are non-refundable. The School will issue refunds pursuant to the above conditions within 30 days from the date the withdrawal notice is received by the School. If a loan was obtained to pay for tuition, it is Student's responsibility to repay the full amount of any loan plus any interest. Student is advised that some financial institutions require Taft Law School to repay any refunds due directly to the lender and Student expressly authorizes the School to comply with such requests.

(Rev. 1-15)

-1-

Student Initials 

# EXHIBIT A

DocuSign Envelope ID: E5B4D9A7-D385-4C63-BFFE-A9D4A13F17DA

**TAFT LAW SCHOOL**
**ENROLLMENT AGREEMENT AND DISCLOSURE STATEMENT**
**JURIS DOCTOR–ATTORNEY TRACK PROGRAM**
*(Telecommunications Courses)*

### Student's Right to Cancel and Refund Policy (Concluded)

If Student withdraws or is dismissed after Student receives a Federal Direct Student Loan disbursement, it will often be necessary for the School to return money to the federal government in accordance with the guidelines set forth in the *Consumer Information Guide*. This may include amounts previously credited to students tuition account. In such a case, Student agrees to pay to the School any balance of tuition owed from his or her personal funds within 30 days of the withdrawal or dismissal.

### Representations

Student represents that all information contained in Student's *"Application for Admission"* form is accurate and complete and understands that the submission of inaccurate or incomplete information is grounds for dismissal. Student further represents the *Pretest* (which is the first required assignment) submitted with this Agreement was completed by Student and all answers are the answers of the Student. Student warrants no representations, promises, guarantees or warranties of any kind are or were made by Taft Law School to induce Student to execute this Agreement except as specifically set forth in this Agreement and the *Taft Law School Catalog* and the *Juris-Doctor-Attorney Track Catalog Supplement*.

Student represents that he/she has read the Disclosure Statement attached as Exhibit "A" to this Agreement.

Student understands that Taft Law School has been accredited by the Distance Education Accrediting Commission and is registered as a law school with the Committee of Bar Examiners of the State Bar of California. Such registration will permit graduates of the Juris Doctor–Attorney Track Program to sit for the California Bar Examination. However, since the American Bar Association and the California Committee of Bar Examiners have stated they will not consider accreditation of any school which does not offer regular classroom instruction, Taft Law School has not sought accreditation by either organization and does not expect to apply for such accreditation in the future. The education provided by Taft Law School may not satisfy the requirements of states other than California for the practice of law. Students should inquire regarding such requirements, if any, to the state in which they wish to practice.

Student acknowledges that the success of Student as a student in the Program is dependent upon the personal efforts of Student and that neither Taft Law School nor any other party has guaranteed Student success.

Student acknowledges that Student understands that laws and regulations relating to the availability of Federal student loans are subject to change and the School is unable to guarantee the availability of such loans in subsequent academic years. Student further acknowledges that any advance of credit granted by Taft Law School to the Student represents an educational benefit conferred to Student and may not be dischargeable under the federal bankruptcy laws. No documentation will be provided by Taft Law School to or for any student or graduate who is delinquent in payment of any tuition or fees.

Student further represents an understanding that this is a legally binding instrument when signed by Student and that the Juris Doctor–Attorney Track Program is a professional program leading to qualification for the California Bar Examination and is not designed to prepare Student for a particular vocation, trade, or career field. Student acknowledges that no School employee or agent has expressly or implicitly guaranteed Student employment upon graduation.

### Arbitration

Any non-academic controversy or claim arising out of or relating to this Agreement, or the breach thereof, shall be settled by arbitration administered by the American Arbitration Association under its Commercial Arbitration Rules, and judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof. Any hearings under this provision shall be held in Orange County, California. Any demand for arbitration must be filed with the American Arbitration Association within two years of the date of this Agreement, or one year from the date of the controversy or claim, whichever shall first occur.

The arbitrator may award declaratory or injunctive relief only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim. STUDENT AND SCHOOL AGREE THAT EACH MAY BRING CLAIMS AGAINST THE OTHER ONLY IN THEIR INDIVIDUAL CAPACITIES, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING. Further, unless both Student and School agree otherwise, the arbitrator may not consolidate more than one person's claims, and may not otherwise preside over any form of a representative or class proceeding.

(Rev. 1-15)

-2-

Student Initials 

# EXHIBIT A

DocuSign Envelope ID: E5B4D9A7-D385-4C63-BFFE-A9D4A13F17DA

**TAFT LAW SCHOOL**
**ENROLLMENT AGREEMENT AND DISCLOSURE STATEMENT**
**JURIS DOCTOR–ATTORNEY TRACK PROGRAM**
*(Telecommunications Courses)*

### Period of Enrollment and Tuition Guarantee

This Agreement, and the tuition and fees paid pursuant thereto, represents one academic year of a four year program. As set forth in the Taft Law School Juris Doctor-Attorney Track Catalog Supplement, an academic year must generally be completed during a period of time of not less than forty-eight nor more than fifty-two consecutive weeks. Unless otherwise noted on Exhibit "C", provided Student enrolls in Student's final year of law study within four years from the date of the original enrollment in the Program, the per unit tuition charge shall remain the same as set forth in this Agreement.

### Possible Limitations on Transferability of Academic Credits

In the United States, acceptance of transfer credits or degrees is at the discretion of the receiving institution. Therefore, Taft Law School cannot guarantee that any course or degree completed at another educational institution will be accepted by Taft Law School, nor can Taft Law School guarantee that any course or degree program completed at the School will be accepted as credit by any other educational institution.

### Notices

With the exception of cancellation or withdrawal notices, any notices to the School under this Agreement shall be sent by first class mail, postage prepaid to Taft Law School, 3700 South Susan Street, Office 200, Santa Ana, CA  92704-6954. Notices to Student shall be sent to the address of record in Student's academic file.

For the protection of Student, notices of cancellation or withdrawal must be in writing, signed by Student, and sent to the above address within five business days of the time Student expressed his or her intention to cancel or withdraw. In providing the notice of withdrawal, Student must utilize certified mail or the services of a common carrier such as Federal Express or United Parcel Service. Provided Student follows the above procedure, refunds will be calculated based on the date Student expressed, in any manner, his or her intention to withdraw. If Student fails to follow this procedure, refunds will be calculated based on the date the School receives actual written knowledge.

### Modification of Agreement

Any modification or change in this Agreement must be in writing executed by an officer of Taft Law School and the Student. No other representative of the Taft Law School has the right or authority to make oral or written modifications to this Agreement, and any such modifications shall not be binding upon either party.

### Entirety of Agreement

This instrument embodies the entire Agreement of the parties and representations, inducements, promises, and agreements, oral or otherwise, not included herein will have no force or effect in the construction of the rights and obligations created hereby. However, information set forth in the *Taft Law School Catalog* (including the *Juris Doctor-Attorney Track Catalog Supplement*) and the *Consumer Information Guide* is incorporated by reference.

### Governing Law

This Agreement and the construction thereof shall be governed by the laws of the State of California.

**IN WITNESS WHEREOF, the parties have caused this Agreement to be executed in Santa Ana, California on the date set forth opposite their respective signatures.**

"Taft Law School"
A division of The Taft University System, Inc. (a California corporation)

*Robert K. Strouse* _____          3/15/2016
By: Its Chief Operating Officer or Other Designated Officer          Date

**My signature below certifies that I have read, understood and agree to my rights and responsibilities, and that Taft Law School's cancellation and refund policies have been clearly explained to me. I hereby acknowledge receipt of a copy of this Enrollment Agreement and Disclosure Statement pursuant to Business and Professions Code Section 6061, the Rules of the State Bar of California, the Unaccredited Law School Rules and the Guidelines for the Unaccredited Law School Rules. I have also printed and carefully reviewed a copy of the Taft Law School *General Catalog*, the *Juris Doctor-Attorney Track Program Catalog Supplement* and the *Consumer Information Guide* from the School's website.**

"Student"

*Derrick M. King* _____          3/7/2016
Signature, Derrick M. King          Date

-3-

(Rev. 2-12)

# EXHIBIT A

DocuSign Envelope ID: E5B4D9A7-D385-4C63-BFFE-A9D4A13F17DA

## TAFT LAW SCHOOL

3700 South Susan Street, Office 200, Santa Ana, CA 92704-6954

(714) 850-4800                        *www.TaftU.edu*                        Facsimile (714) 708-2082

Dear First Year Students:

As the April start date is fast approaching, we are diligently working to get everyone enrolled. This is a standard letter/form that is sent out to each study group, which will help expedite your enrollment if we have not yet obtained your Federal Student Aid award.

You may have submitted your FAFSA months ago, however each study group, there are things that may slow down the process of obtaining an award such as prior loans, documents required by the Federal Government, or being selected for verification. With that being said, there is a chance that we may not be able to process everyone's financial aid package **before** the start date (April 4). **This does not mean you are unable to obtain a loan for the April study group, but that extra time may be needed to complete the process.** (Students will receive an e-mail from Lucy Cordova, Associate Director of Financial Aid, most likely in March, with regards to contacting Taft and setting up a telephone appointment.)

You therefore have two options. First, you can move forward with your enrollment with the April Study Group and continue to work with us to finish your financial aid award. If you choose this option, you will have until April 18, 2016 to complete all of your paper work. If your financial aid award cannot be obtained by April 18, you will have the option to withdraw or use one of our in-house payment plans if you wish to continue.

The second option will allow you to defer your enrollment until the July 2016 start. *Please keep in mind that if you defer your enrollment to July, new enrollment materials will need to be completed at a later date.

If you want to go with the first option listed above, **please complete the attached *Addendum to the Enrollment Agreement* and mail it back with your enrollment documents.** If you wish to defer your enrollment to July, please send an email to me specifying your decision by March 31.

Thank you again for your interest in Taft Law School.

Sincerely,

Alicia N. Young
Administrative Assistant                                        Student Initials

*Founded 1984*
*A Member of The Taft University System*

**EXHIBIT A**

DocuSign Envelope ID: E5B4D9A7-D385-4C63-BFFE-A9D4A13F17DA

# Addendum to Enrollment Agreement

I,    Derrick M. King    hereby acknowledge, that I am being allowed to enroll at Taft Law School pending the approval of my Federal financial aid application.

I understand that I must continue to diligently cooperate with Taft Law School and provide the School with all information requested in a timely manner. I further acknowledge that my financial aid application must be approved by Monday, April 18, 2016.

If, *__for any reason__*, my financial aid application is not approved and an award letter is not signed and provided to the School by April 18, 2016, I shall have the following options:

     1.    Enroll in the Program using a payment plan other than Federal financial aid; or

     2.    Withdraw or be dismissed from the Program.

If I elect option # 1, the appropriate payment must be received by Taft Law School on or before April 30, 2016.

Should option # 2 be applicable, I understand that I will not be responsible for tuition or fees provided that I return all school supplied books and materials on or before April 30, 2016. Should I fail to return all school supplied books and materials I agree to pay to the school the amount of $150.00.

DocuSigned by:

*Derrick M. King*

9919060EDFAC492

Student Signature

3/7/2016

Date

# EXHIBIT A

DocuSign Envelope ID: E5B4D9A7-D385-4C63-BFFE-A9D4A13F17DA

**TAFT LAW SCHOOL**
**TOTAL COURSE PRICE\***
**JURIS DOCTOR-ATTORNEY TRACK PROGRAM**

The following information is provided as an *estimate* of the potential costs that a typical student enrolled in the above program may incur from initial enrollment through graduation.  It does *not* reflect any grants or scholarships which a student may have received nor any living expense or interest costs incurred by a student during his or her enrollment agreement.

The following figures are presented for informational purposes only.  Students are never obligated to Taft Law School beyond the current year of enrollment and Taft Law School, except as may be set forth in your Enrollment Agreement, reserves the right to adjust tuition and fees in future years.

| | | |
|---|---|---|
| First Year Costs | | |
| Enrollment Commitment Fee | | $100.00 |
| Tuition | | $7,920.00 |
| Computer Library Fees | | $75.00 |
| Books and Materials Not Provided by the School\*\* | | $1,520.00 |
| Proctoring Fees | | $200.00 |
| Miscellaneous Fees | | $308.00 |
| | | |
| Second Year Costs | | |
| Tuition | | $7,920.00 |
| Computer Library Fees | | $75.00 |
| Books and Materials Not Provided by the School\*\* | | $1,485.00 |
| Proctoring Fees | | $200.00 |
| Miscellaneous Fees | | $200.00 |
| | | |
| Third Year Costs | | |
| Tuition | | $7,920.00 |
| Computer Library Fees | | $75.00 |
| Books and Materials Not Provided by the School\*\* | | $1,850.00 |
| Proctoring Fees | | $200.00 |
| Miscellaneous Fees | | $200.00 |
| | | |
| Fourth Year Costs | | |
| Tuition | | $7,920.00 |
| Computer Library Fees | | $75.00 |
| Books and Materials Not Provided by the School\*\* | | $1,779.00 |
| Proctoring Fees | | $200.00 |
| Miscellaneous Fees | | $200.00 |
| | Total | $40,422.00 |
| Other Possible Charges | | |
| Special Applicant Evaluation Fee | | $100.00 |
| Transfer Student Evaluation Fee | | $100.00 |
| Non-Resident Surcharge (Per Year) | | $250.00 |
| *(Applies Only to Students Residing Outside of the United States)* | | |
| Administrative/Accounting Fee *(Per Year)* | | $50.00 |
| *(Applicable to Installment Payment Plans Only)* | | |
| Withdrawal Processing Fee | | $100.00 |
| *(Applicable to withdrawing students only)* | | |
| Declined Payment Fee | | $25.00 |
| Transcript Fee | | $7.50 |
| *(Two Provided at No Charge)* | | |
| Graduation/Diploma Fee | | $75.00 |

\**Total course price*, as defined by the Distance Education Accrediting Commission, includes charges for tuition, registration, educational services and instruction.  Total Course Price also includes earned financial charges, and any fees that are charged to all students for required services, such as proctoring, technology access, and library services.

\*\*The estimated cost of the Books and Materials was prepared based upon the current costs of required materials for courses commonly chosen by students.  Your actual cost may vary greatly depending on the courses you take and where you purchase your books.  These costs do not include applicable tax and shipping costs.

*Derrick M. King*
9919060EDFAC492
Signature of Student

Derrick M. King
Print Name of Student

3/7/2016
Date

*Attachment # 1*

# EXHIBIT A

DocuSign Envelope ID: E5B4D9A7-D385-4C63-BFFE-A9D4A13F17DA

## STUDENT DISCLOSURE STATEMENT OF TAFT LAW SCHOOL
### JURIS DOCTOR-ATTORNEY TRACK PROGRAM, TELECOMMUNICATIONS
### *January 18, 2016*

1.  Taft Law School is accredited by the Distance Education Accrediting Commission. However, it is not accredited by the Committee of Bar Examiners of the State Bar of California.

2.  Since the policy of the Committee of Bar Examiners is to only consider for accreditation law schools which offer classroom instruction, Taft Law School has not applied to the Committee of Bar Examiners for accreditation in the past and has no plans to do so in the future.

3.  Under Federal law, this Program is classified as a telecommunications program. However, the Committee of Bar Examiners classifies distance education law schools into two categories, "distance learning law schools" and "correspondence law schools." By CBE rule, a "distance learning law school" must require that students participate in not less than 135 hours of synchronous (live) interactive classes per year. *Because Taft Law School students reside in many time zones, Taft faculty believe it would be an unreasonable hardship to require students to be available on specific days and at specific times.* Therefore, it has NOT implemented any policies that would require its students to participate in live classes. As a result, for Committee of Bar Examiners purposes, Taft Law School has elected to be classified as a correspondence law school. (It is important for students to note that this classification has no bearing whatsoever on a student's eligibility to sit for the California Bar Examination or admission to practice law in California.)

4.  Therefore, under Federal law the method of instruction is telecommunications while under the Committee of Bar Examiners definition, the method of instruction for this Program is principally by correspondence.

5.  Since the School has offered a Juris Doctor Program that will qualify its graduates for the California Bar Examination continually since 1984, the Committee of Bar Examiners has determined that it is exempt from the requirement to disclose a statement of assets and liabilities. However, in the interest of assuring prospective students that Taft Law School will be able to meet its future obligations, the following information is presented:

    ●The Taft University System is required by the Federal Department of Education to submit audited financial statements and to achieve a minimum composite score. During each year The Taft University System has participated in the Federal Direct Loan Program, it has exceeded all financial requirements of the Federal Department of Education.

    ●The Taft University System also satisfies the financial responsibility provisions of the Distance Education Accrediting Commission.

6.  The number and passage results of Taft Law School students who have taken the First-Year Law Students' Examination and General Bar Examination in the past five years is as follows:

### FIRST-YEAR LAW STUDENTS' EXAMINATION PASSAGE STATISTICS
#### Data Source: State Bar of California

| Exam Date | All Takers | | | | First Timers | | | | Repeaters | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Took | Passed | % Passed | | Took | Passed | % Passed | | Took | Passed | % Passed |
| 10/15 | 31 | 4 | 12.9 | | 13 | 2 | 15.4 | | 18 | 2 | 11.1 |
| 6/15 | 48 | 3 | 6.3 | | 21 | 1 | 5 | | 27 | 2 | 7.4 |
| 10/14 | 31 | 2 | 6 | | 17 | 2 | 11.8 | | 14 | 0 | 0 |
| 6/14 | 38 | 4 | 10.5 | | 16 | 1 | 6 | | 22 | 3 | 13.6 |
| 10/13 | 40 | 4 | 10 | | 17 | 3 | 17.6 | | 23 | 1 | 4.3 |
| 6/13 | 47 | 10 | 21.3 | | 24 | 6 | 25.0 | | 23 | 4 | 17.4 |
| 10/12 | 41 | 7 | 17.1 | | 15 | 4 | 26.7 | | 26 | 3 | 11.5 |
| 6/12 | 42 | 7 | 16.7 | | 20 | 4 | 20.0 | | 22 | 3 | 13.6 |
| 10/11 | 52 | 11 | 21.2 | | 27 | 6 | 22.2 | | 25 | 5 | 20.0 |
| 6/11 | 43 | 8 | 18.6 | | 25 | 5 | 20.0 | | 18 | 3 | 16.7 |
| **TOTAL** | 413 | 60 | 14.5 | | 195 | 34 | 17.4 | | 218 | 26 | 11.9 |

Student Initials 

# EXHIBIT A

DocuSign Envelope ID: E5B4D9A7-D385-4C63-BFFE-A9D4A13F17DA

## STUDENT DISCLOSURE STATEMENT OF TAFT LAW SCHOOL
### JURIS DOCTOR-ATTORNEY TRACK PROGRAM, TELECOMMUNICATIONS
### *January 18, 2016*

#### GENERAL BAR EXAMINATION PASSAGE STATISTICS
Data Source: State Bar of California

| Exam Date | All Takers | | | | First Timers | | | | Repeaters | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Took | Passed | % Passed | | Took | Passed | % Passed | | Took | Passed | % Passed |
| 7/15 | 21 | 1 | .48 | | 6 | 0 | 0 | | 15 | 1 | 6.7 |
| 2/15 | 21 | 7 | 33.3 | | 6 | 3 | 50.0 | | 15 | 4 | 26.7 |
| 7/14 | 22 | 3 | 13.6 | | 11 | 2 | 18.2 | | 11 | 1 | 9.10 |
| 2/14 | 18 | 6 | 33.3 | | 5 | 2 | 40.0 | | 13 | 4 | 30.8 |
| 7/13 | 21 | 5 | 23.8 | | 5 | 2 | 40.0 | | 11 | 3 | 27.3 |
| 2/13 | 21 | 5 | 23.8 | | 7 | 2 | 28.6 | | 14 | 3 | 21.4 |
| 7/12 | 22 | 6 | 27.3 | | 12 | 5 | 41.7 | | 10 | 1 | 10.0 |
| 2/12 | 14 | 4 | 28.5 | | 4 | 3 | 75.0 | | 10 | 1 | 10.0 |
| 7/11 | 19 | 1 | 5.3 | | 6 | 0 | 0 | | 13 | 1 | 7.7 |
| 2/11 | 20 | 5 | 25 | | 7 | 5 | 71 | | 13 | 0 | 0 |
| TOTAL | 199 | 43 | 21.6 | | 69 | 24 | 34.8 | | 125 | 19 | 15.2 |

*Since the inception of the law school and over its complete operating history, 342 Taft graduates have taken the California Bar Examination. Of this group, 230 have passed the examination resulting in a cumulative pass rate of 67.2%.*

7.  Due to the distance education teaching modality utilized by the School, the School of Law does not maintain a traditional law library. However, all law students have access to the extensive online legal library of the *Lexis Advance*® system.

8.  The educational background, qualifications, and experience of the faculty and the names of any faculty or administrators who are members of the State Bar of California or who are admitted in another jurisdiction is as follows:

David L. Boyd is Chancellor of The Taft University System. Dr. Boyd holds a Bachelor of Science degree from California State University at Long Beach and a Juris Doctor degree from Western State University College of Law. He is a member of the Bar of the State of California and is admitted to practice before the United States Supreme Court. He is also a licensed certified public accountant as well as a member of the Panel of Arbitrators of the American Arbitration Association.

Robert K. Strouse is Dean of Taft Law School. He holds a Bachelor's degree from the University of California, Riverside and a Juris Doctor degree from McGeorge School of Law. He is a member of the State Bar of California and has over two decades of experience in private postsecondary education.

Melody Jolly is the Associate Dean of the School of Law. She holds a Juris Doctor degree from Western State University, College of Law. She is a member of the State Bar of California.

Joan L. Slavin is the Director of Student Services. She holds a Juris Doctor Degree from Western State University, College of Law. She is not a member of the State Bar of California.

Todd Becker (Juris Doctor, Western State University, College of Law), Robert L. Conn (Juris Doctor, Loyola Law School), Joshua R. Diaz (Juris Doctor, Loyola Law School), Kody J. Diaz (Juris Doctor, University of San Diego School of Law), A. Edwin Fahlen (Juris Doctor, The Simon Greenleaf School of Law), Deana Gilbertson (Juris Doctor, Whittier Law School), Charles Hazelton (Juris Doctor, William Howard Taft University), Stanley Hutchinson (Juris Doctor, La Verne College Law Center), Ryan A. Jacobsen (Juris Doctor, Chapman University School of Law), Ellen Larkin (Juris Doctor, Southwestern University School of Law), Elizabeth H. Mattis (Juris Doctor, University of Virginia, School of Law), Donna M. McGovern (Juris Doctor, William Howard Taft University), Anastacia Menechios (Juris Doctor, Harvard Law School), Tracey Reinmiller (Juris Doctor, Western State University, College of Law), Scott A. Resnick (Juris Doctor, Arizona State University College of Law), Edward J. Romano (Juris Doctor, Suffolk University Law School), Catherine A. Strouse (Juris Doctor, Gonzaga University College of Law), Michael C. Sullivan (Juris Doctor, Willamette University College of Law), Sue C. Swisher (Juris Doctor, William Howard Taft University), Margaret A. Trester (Juris Doctor, Whittier College School of Law) and Nathan D. Wente (Juris Doctor, University of La Verne, College of Law) are current faculty members. All are members of the State Bar of California, except Edward J. Romano who is a member of the Rhode Island State Bar.

Student Initials 

**Exhibit "A"**
Page 2 of 3

# EXHIBIT A

DocuSign Envelope ID: E5B4D9A7-D385-4C63-BFFE-A9D4A13F17DA

## STUDENT DISCLOSURE STATEMENT OF TAFT LAW SCHOOL
### JURIS DOCTOR-ATTORNEY TRACK PROGRAM, TELECOMMUNICATIONS
### *January 18, 2016*

Because of the distance education nature of the programs, the School does not employ resident faculty in a traditional manner. School faculty handle many different roles and work with students and administration in a sundry of capacities. Faculty assignments are made in both a course-driven and task-driven manner.

9. The ratio of faculty to students for the previous five years has been:

| | |
|---|---|
| 2015 | One Faculty Member per 18 Students |
| 2014 | One Faculty Member per 17 Students |
| 2013 | One Faculty Member per 20 Students |
| 2012 | One Faculty Member per 19 Students |
| 2011 | One Faculty Member per 18 Students |

10. The education provided by Taft Law School may not satisfy the requirements of other jurisdictions for the practice of law. Applicants should contact the jurisdiction in which they may wish to practice for that jurisdiction's requirements to practice law.

11. Taft Law School has <u>not</u> been issued a Notice of Noncompliance by the Committee of Bar Examiners.

12. Guideline 2.3(D) of the *Guidelines for Unaccredited Law School Rules* provides:

> The method of instruction at Taft Law School for the Juris Doctor (J.D.) degree programs is principally by correspondence. *(See comment above.)*

> Students enrolled in the Juris Doctor-Attorney Track Programs at Taft Law School who successfully complete the first year of law study must pass the First-Year Law Students' Examination required by Business and Professions Code §6060(h) and Title 4, Division 1 of the Rules of the State Bar of California (Admissions Rules) as part of the requirements to qualify to take the California Bar Examination. A student who passes the First-Year Law Students' Examination within three (3) administrations of the examination after first becoming eligible to take it will receive credit for all legal studies completed to the time the examination is passed. A student who does not pass the examination within three (3) administrations of the examination after first becoming eligible to take it must be promptly disqualified from the law school's Juris Doctor-Attorney Track Program. If the dismissed student subsequently passes the examination, the student is eligible for re-enrollment in this law school's Juris Doctor-Attorney Track Program, but will receive credit for only one year of legal study.

> Study at, or graduation from, this law school may not qualify a student to take the bar examination or to satisfy the requirements for admission to practice in jurisdictions other than California. A student intending to seek admission to practice law in a jurisdiction other than California should contact the admitting authority in that jurisdiction for information regarding the legal education requirements in that jurisdiction for admission to the practice of law.

This disclosure statement must be provided to each new student upon payment of an application fee, but before payment of a registration fee, and to each returning student, prior to payment of any fee for an academic term. This disclosure must be signed by the student, who must receive a copy of the signed statement.

I acknowledgement receipt of a copy of this disclosure statement on the date listed below.

| | |
|---|---|
| DocuSigned by:<br>*Derrick M. King*<br>9919082EDFAC492<br>Signature of Student | DocuSigned by:<br>*Robert K. Strouse*<br>11520E0E172F47E<br>Signature of Authorized Administer |
| Derrick M. King<br>Print Name of Student | Robert K. Strouse<br>Print Name of Authorized Administer |
| 3/7/2016<br>Date | 3/15.2016<br>Date |

# EXHIBIT A

DocuSign Envelope ID: E5B4D9A7-D385-4C63-BFFE-A9D4A13F17DA

**FEDERAL FINANCIAL AID AND
SATISFACTORY ACADEMIC PROGRESS POLICY**

**This section applies to all students regardless of whether or not they are receiving financial aid through the Federal Direct Student Loan programs.** In this section, an individual receiving Title IV funds will be referred to as a "Title IV student."

The Federal government has an interest in assuring that students who receive Federal Student Aid progress toward their academic goals at a reasonable pace and at a reasonable cost. Therefore, Federal regulations impose certain requirements on Title IV students beyond the academic requirements of the Taft Law School.

All students must continually maintain the following standards of satisfactory academic progress to maintain eligibility to obtain Federally insured student loans.

The policies and procedures that make up the satisfactory academic progress requirements for the Juris Doctor – Attorney and Executive Track Programs consist of:

> •A Qualitative Component;
> •A Quantitative Component; and
> •Appeal Procedures.

**Qualitative and Quantitative Components**

A Title IV student is subject to all of the requirements set forth in the *ACADEMIC REQUIREMENTS AND EXPECTATIONS* section of the *Handbook* and the *ACADEMIC STANDING AND RETENTION* section of the *Handbook*. In addition, once a Title IV student has been enrolled in the Program for two academic years, he or she must have earned a minimum grade point average that would allow them to graduate with at least a 2.00 GPA and maintain this minimum cumulative grade point average at the end of year three.

A Title IV student must complete his or her studies in not more than 150% of the published length of the Program. (For purposes of this component, "published length of the Program" refers to the required number of units.)

The Juris Doctor – Attorney Track Program requires completion of 96 units for graduation. Therefore, any student who <u>attempts</u> more than 144 units will become ineligible for additional Federally insured student loans. The Juris Doctor – Executive Track Program requires completion of 75 units. Therefore a student must complete the program within 112 attempted units or will become ineligible for Federally insured student loans to pay for tuition beyond that point.

With respect to repeated courses, only the most recent grade is computed into a student's grade point average. However, repeated courses are <u>included</u> in the 150% computation.

As with other students, a Title IV student must complete an academic year in not less than 48 nor more than 52 consecutive weeks which includes 45 weeks of instruction. (The remaining weeks are reserved for review and final examinations.) All students in telecommunications courses are required to logon to the personal student home page at least one time per week for the 45 weeks of instruction. A student who fails to logon for 9 of the 45 weeks will be dismissed from the Program and therefore deemed NOT to be making satisfactory academic progress.

**Evaluation Points**

A student's academic progress is evaluated at the end of each academic year. The definition of an academic year consists of a period of time of not less than 48 nor more than 52 consecutive weeks and

**Exhibit "B"**
(Page 1 of 5)

Student Initials 

**EXHIBIT A**

DocuSign Envelope ID: E5B4D9A7-D385-4C63-BFFE-A9D4A13F17DA

### FEDERAL FINANCIAL AID AND
### SATISFACTORY ACADEMIC PROGRESS POLICY

consists of 24 semester credits. For students on a Student Academic Improvement Plan (SAIP), satisfactory academic progress is evaluated at the end of each payment period.

#### The Qualitative Component in the Juris Doctor Programs

**A. Academic and Financial Aid Probation**

A student whose cumulative grade point average (GPA) is less than a 2.00 after the most recent academic year will be placed on Academic Probation if the student is not receiving Title IV funds, and will be placed on Academic Probation and Financial Aid Probation if he or she is receiving Title IV funds. Students on Financial Aid Probation are not eligible for federal financial aid. However a student may appeal the Satisfactory Academic Progress determination. If the appeal is granted, the student will be placed on a Student Academic Improvement Plan (SAIP) and receive Financial Aid for one additional payment period. Satisfactory Academic Progress for a student on Academic Probation and Financial Aid Probation will be monitored at the end of each payment period. For students not using Financial Aid, Satisfactory Academic Progress will be monitored at midpoint of the academic year and at the end of the academic year. If at the end of the first payment period while on Academic Probation and Financial Aid Probation, a student fails to satisfy the SAIP requirements, the student will lose Financial Aid eligibility. Student must appeal to regain Financial Aid eligibility for the second half of the academic year. Once a student has been enrolled in the Program for two academic years, he or she must have earned a cumulative grade point average of 2.00 or higher and maintain a minimum 2.0 cumulative grade point average at the end of year three in order to be making satisfactory academic progress and maintain Financial Aid eligibility.

If a student is still deemed on Academic Probation at the end of the current academic year, that student will be subject to dismissal from the Program. If such a student is allowed to remain in the Program, such student will <u>not</u> be eligible for Financial Aid.

All Juris Doctor Program students are subject to all of the requirements set forth in the ACADEMIC REQUIREMENTS AND EXPECTATIONS section of the Student Handbook and the ACADEMIC STANDING AND RETENTION section of the Handbook.

**B. Failure to Cure Academic Probation**

Failure to meet the aforementioned minimum standards prior to the program length midpoint will result in notification of Academic Probation. Academic Probation will be in effect until the completion of the next grading period. At the program length midpoint and beyond, student with a cumulative grade point average below 2.00 will remain on Academic Probation. Students on Academic Probation are considered to be **NOT** making satisfactory academic progress. Students on Academic Probation will **NOT** be eligible for financial aid during this period. Should minimum standards not be achieved at the end of a period of probation, the student loses further financial aid eligibility, or the student will be dismissed. Student may appeal. If there are mitigating circumstances, Academic Probation may be altered.

#### Administrative Warning

A student who withdraws or has been dismissed must wait at least 180 days before that student will be allowed to reenroll. A review of a student's academic record will be completed in order to determine eligibility to re-enroll. As a result, a student may be placed on Administrative Warning when that student reenrolls in a Juris Doctor Program after the student has withdrawn or been dismissed.

#### Exhibit "B"
(Page 2 of 5)

Student Initials 

# EXHIBIT A

DocuSign Envelope ID: E5B4D9A7-D385-4C63-BFFE-A9D4A13F17DA

### FEDERAL FINANCIAL AID AND
### SATISFACTORY ACADEMIC PROGRESS POLICY

A student placed on Administrative Warning will remain there for at least one academic year. At the end of this period, the student's academic progress will be evaluated. At that time, the student's academic record must show that the student completed all courses attempted during that academic year and the student earned a grade point average of 2.00 or higher. Further, the student must have a cumulative grade point average of 2.00 or higher. A student, who achieves these academic standards, will be released from Administrative Warning.

A student who passes all courses during the Administrative Warning period but fails to achieve a 2.00 cumulative GPA will remain on Administrative Warning for one additional year.

A student who does not pass all courses while on Administrative Warning, or who fails to satisfy the cumulative GPA standard after two academic years on Administrative Warning will be dismissed from the Law School.

### Qualifying for Financial Aid

__During Year One__

Financial Aid is distributed in two equal installments. To qualify for the first installment, a student must:

1. Submit official transcripts from all academic institutions attended prior to admission to Taft Law School to satisfy the Committee of Bar Examiners' admission requirement.
2. Pass *Introduction to Law* (the first three-week course).
3. Successfully complete 30 days of enrollment.

To qualify for the second installment after midpoint, a student must:

1. Successfully complete at least 26 weeks of study.
2. Complete all midterms for all courses in which the student is enrolled.
3. Midterms must be completed timely.

__After Year One (for Advanced Students and Students Re-Enrolling)__

If a student did not make satisfactory academic progress in his/her prior year, he/she will be placed on a Student Academic Improvement Plan (SAIP). Academic progress for students on SAIP will be evaluated at midpoint and at the end of the academic year. If the student has not satisfied the SAIP requirements, he/she may lose financial aid eligibility unless the student appeals and appeal is approved.

To qualify for the first installment of financial aid after year one, a student must:

1. If a transfer student, submit official transcripts from all academic institutions attended prior to admission to Taft Law School required to satisfy the Committee of Bar Examiners' admission requirement.
2. Successfully complete 30 days of enrollment.

To qualify for the second installment, a student must:

1. Successfully complete at least 26 weeks of study.
2. Complete all midterms for all courses that have midterms.
3. Midterms must be completed timely.
4. If a student is enrolled in a course that does not have a midterm, the student must have completed at least half of the assignments for that course.

### Exhibit "B"
(Page 3 of 5)

Student Initials 

# EXHIBIT A

DocuSign Envelope ID: E5B4D9A7-D385-4C63-BFFE-A9D4A13F17DA

## FEDERAL FINANCIAL AID AND
## SATISFACTORY ACADEMIC PROGRESS POLICY

### Special Rules for First Year Students

California Business and Professional Code Section 6060 requires that Bar candidates must pass the First-Year Law Students' Examination in order to receive credit for their time studying law. To ensure the best possible outcome on the First-Year Law Students' Examination, only students who achieved a 2.00 GPA or above on their first year courses may automatically advance to year two, prior to taking the First-Year Law Students' Examination.

### For students in the JDAT Program

**To Advance from first to second year:**
- A student must pass all first year courses to advance.
- A student with a GPA of 2.00 or above may advance at his or her discretion.
- A student with a GPA of 1.33 to a 1.99 may petition to advance.
- A student with a GPA below 1.33 must pass the First-Year Law Students' Examination before allowed to advance or appeal is approved based on extenuating circumstances.

**In all other years** a student must pass all courses to advance and meet the Law School's standards for measuring Satisfactory Academic Progress.

### For students in the JDET Program

**In all years** each student will be evaluated based upon the Law School's standards for measuring Satisfactory Academic Progress.

If a JDET student fails one required course, but otherwise satisfies the Satisfactory Academic Progress Standard, that student will have to make up that course either before advancing or during the next academic year.

### Continuation as a Non-Title IV Student on Academic Probation

If a student fails to make satisfactory academic progress, at the midpoint of the program or thereafter, the student will be on Academic Probation and cannot continue as a Title IV student. However, a student may be eligible to continue in a non-Title IV status. The decision to place a student on Academic Probation will be made by the Dean of the School of Law or his designate. During this period, the student is not eligible for federal financial aid but may continue to take courses and will be responsible for tuition and fees.

### Appeals

A student may appeal a determination that the student is not making satisfactory academic progress by sending an appeal to the Director of Student Services at the administrative offices of the Law School. The appeal should set forth in detail why the student did not achieve Satisfactory Academic Progress and what the student will do to achieve Satisfactory Academic Progress going forward.

### Reinstatement as a Title IV Student

A student may, subject to the approval of the Dean of the School of Law and the Financial Aid Director, be reinstated as a Title IV student after failing to make satisfactory academic progress if the student meets

**Exhibit "B"**
(Page 4 of 5)

Student Initials 

# EXHIBIT A

DocuSign Envelope ID: E5B4D9A7-D385-4C63-BFFE-A9D4A13F17DA

**FEDERAL FINANCIAL AID AND
SATISFACTORY ACADEMIC PROGRESS POLICY**

the following minimum criteria:

    a.  The student has successfully completed at least one academic year on Academic Probation.

    b.  A recalculated grade point average indicates that the student now has a cumulative grade point average of 2.00 or higher; and

    c.  It is possible for the student to complete the Program in not more than the maximum number of units allowed (144 for the Juris Doctor – Attorney Track and 112 for the Juris Doctor – Executive Track).

For additional information about all financial aid policies, please carefully study the Consumer Information Guide Catalog Supplement.  The Consumer Information Guide may be found on the Taft Law School website at http://taftu.edu/TLS/pdfs/Taft Consumer Information Guide.pdf.

_Derrick M. King_
9919080EDFAC492...
Signature of Student

Derrick M. King
Print Name of Student

3/7/2016
Date

**Exhibit "B"**
(Page 5 of 5)

# EXHIBIT A

DocuSign Envelope ID: E5B4D9A7-D385-4C63-BFFE-A9D4A13F17DA

**Taft Law School**

**Exhibit "C" to Enrollment Agreement**

*<u>Tuition and Fees</u>*

Student agrees to pay to the School tuition in the amount of <u>$7,920.00</u> ($330.00 per unit for 24 units) and a Computer Library Fee of <u>$75.00.</u>  Said tuition relates to the following courses:

*LAW601  Introduction to Law  (1 Semester Units)*

*LAW616  Contracts  (8 Semester Units)*

*LAW612  Torts  (7 Semester Units)*

*LAW613  Criminal Law  (5 Semester Units)*

*LAW604  Legal Writing (3 Semester Units)*

Student represents that he or she has applied to receive funds through a Federal Direct Student Loan (the "loan") and authorizes the School to complete any documents requested by the Department of Education in connection with the loan process.  Student agrees to provide to the School any documentation that might be required to complete the loan process.

The School agrees to accept tuition and fees in two equal installments.  The installments shall be due and payable as outlined below.

Provided that Student has submitted Official transcripts, and completed the *Introduction to Law* course within 31 days from the day courses begin, and completes all midterm examinations during the scheduled period, the School will request disbursements for tuition and fees directly from the Department of Education.  Under these circumstances, provided the loan has been approved, no action or payment will be required of Student.  <u>If for any reason the loan cannot be funded, Student agrees that he or she shall remain personally responsible for payment consistent with the payment schedule herein.</u>

Should Student be entitled to loan proceeds that exceed amounts currently payable to the School, the School will promptly disburse these monies to Student, in two equal installments, consistent with the requirements of Federal law.  The first disbursement shall be made approximately 38 days from the date courses commence and the second disbursement shall be made approximately 26 weeks from the first disbursement.

Page 1 of 2

Student Initials

# EXHIBIT A

DocuSign Envelope ID: E5B4D9A7-D385-4C63-BFFE-A9D4A13F17DA

### *Schedule of Other Fees or Charges*

In addition to the tuition and fees set forth above, the School may charge a diploma fee of <u>$75.00</u>, returned check fees of <u>$25.00</u> per check, declined credit card fees of <u>$25.00</u>, and a transcript fee of <u>$7.50</u> for each transcript prepared. Students who request that their materials be sent to an address outside of the United States will be charged a fee of <u>$250.00</u> to cover such additional mailing and communication expense. In the event a make-up examination should be necessary, a <u>$75.00</u> fee may be charged per examination. In some instances, students who petition for a new study commencement date may be charged a <u>$100.00</u> fee. With the exception of tuition, School fees and charges are nonrefundable. Tuition is refundable under the terms and conditions set forth on page one of the Enrollment Agreement.

DocuSigned by:

*Derrick M. King*
9919080EDFAC492

Student Signature
Derrick M. King

DocuSigned by:

*Robert k. Strouse*
11520E0E172F47E

Signature of School Representative

3/7/2016

Date

3/15/2016

Date

# EXHIBIT A

DocuSign Envelope ID: E5B4D9A7-D385-4C63-BFFE-A9D4A13F17DA

## TAFT LAW SCHOOL

3700 South Susan Street, Office 200, Santa Ana, CA 92704-6954
(714) 850-4800                           www.TaftU.edu                    Facsimile (714) 708-2082

To:       Admissions and Records Office

From:     Derrick M. King

Subject:  **Commencement of Law Studies/Request for Remaining Lesson
          Assignments and Course Materials**

          *I wish to commence my formal law studies on ___April 4, 2016___.

Please ship the remaining Lesson Assignments and course materials for this

year of study.

Signature of Student

3/7/2016
Date

*Note:   Formal law study cannot commence before receipt of the executed
Enrollment Agreement by the School.  Students may apply and enroll on a daily
basis.   This rolling enrollment process allows students to get all of the
paperwork out of the way and acquire all of their books and materials so they
can focus on their studies when the start date arrives.  Formal legal study cannot
commence until the student's start date.   However, the student may begin to
review the materials.

Under Committee of Bar examiner rules, advanced students may not begin a
new year of law study before the anniversary date of the prior year.  (i.e., A
student whose start date for the 2nd year of study was July 1, 2011 could not
commence formal study for the 3rd year before July 1, 2012.)

(Rev. 2-14)

*Founded 1984
A Member of The Taft University System*

**EXHIBIT A**

DocuSign Envelope ID: E5B4D9A7-D385-4C63-BFFE-A9D4A13F17DA

**Taft Law School**

*Juris Doctor Program*

## First Year Law Student Pretest

The following questions must be answered by all first year students and this form ***returned to the Admissions Office with the initial enrollment materials.*** The responses will not influence any course grade but will assist the School in evaluating the needs of students and increasing the effectiveness of the *Juris Doctor Program.*

1. Have you ever attended law school in the past?                                     Yes    x    No

2. Have you ever received paralegal training?                              x    Yes         No

3. I enrolled in this *Program* in part because:
   a. I hope to practice law immediately after I graduate
      and pass the bar examination.                                      x    Yes         No

   b. I don't plan to practice law immediately upon graduating
      and passing the bar examination but I may decide to
      practice at sometime in my life.                                        Yes    x    No

   c. I don't expect I'll ever practice law.                                   Yes    x    No

   d. I expect the knowledge I obtain in the *Program* will be
      helpful in my current job.                                             Yes    x    No

   e. I expect the knowledge I obtain in the *Program* will make
      me a better businessperson.                                     x    Yes         No

   f. I expect the knowledge I obtain in the *Program* will make
      me a more informed citizen.                                      x    Yes         No

4. On a scale of 1 to 10 (10 being "very strong" and 1 being "very weak"),
   how do you assess your ***current*** knowledge in the following areas:

   |                                            |    |
   |--------------------------------------------|----|
   | a. Legal Research                          | 8  |
   | b. Contract Law                            | 6  |
   | c. Tort Law                                | 5  |
   | d. Criminal Law                            | 7  |
   | e. Computer Technology (Internet, e-mail)  | 8  |
   | f. English writing skills                  | 6  |

5. What was your undergraduate major and in what year did you last attend college?

I last attended college in 2011 and majored in criminal justice
_____

DocuSigned by:

*Derrick M. King*

9910080EDFAC492...

| 3/7/2016 | |
|----------|-|
| Date | Signature |

(Rev. 2-08)

**EXHIBIT A**

DocuSign Envelope ID: E5B4D9A7-D385-4C63-BFFE-A9D4A13F17DA

## TAFT LAW SCHOOL

### STUDENT CENSUS FORM

THE COMMITTEE OF BAR EXAMINERS OF THE STATE BAR OF CALIFORNIA REQUIRE WE OBTAIN THE FOLLOWING INFORMATION:

STUDENT NAME: Derrick M. King

PROGRAM: [ × ] J.D.A.T.    [  ] J.D.E.T    [  ] B.S.L.

[  ] LL.M in Taxation    [  ] LL.M in American Jurisprudence

GENDER:    [ × ] MALE    [  ] FEMALE

### RACIAL / ETHNIC STATUS:

[  ]  NONRESIDENT ALIEN

[  ]  HISPANIC/LATINO

[  ]  AMERICAN INDIAN OR ALASKA NATIVE

[  ]  ASIAN

[ × ]  BLACK OR AFRICAN AMERICAN

[  ]  NATIVE HAWAIIAN, FILIPINO OR OTHER PACIFIC ISLANDER

[  ]  WHITE

[  ]  DECLINE TO DISCLOSE

DATE OF BIRTH: 01/23/1970
Month/Day/Year

SIGNATURE: DocuSigned by: Derrick M. King ——9919060EDFAC492...    DATE: 3/7/2016

(Rev. 1/14)

# EXHIBIT A

DocuSign Envelope ID: E5B4D9A7-D385-4C63-BFFE-A9D4A13F17DA



## *Taft Law School*
### *Information Certification*

**The information contained in this certification form will be used to make up your student file maintained by Taft Law School. Please complete and review all information carefully for accuracy. This form must be completed and received by Taft Law School prior to enrollment into the Program.**

*I am Applying for Admission To:* <u>Juris Doctor - Attorney Track Program (JDAT Program)</u>

*First Name:* <u>Derrick</u>              *M.I.* <u>M</u>        *Last Name:* <u>King</u>

*Address 1:* <u>1445 Crestview Ave</u>

*Address 2:*

*City:* <u>Akron</u>              *State:* <u>OH</u>        *Zip:* <u>44320</u>        *Country:* <u>USA</u>

*SSN:* ▮▮▮▮▮▮▮▮

*Day Phone:* <u>3308673979</u>        *Evening Phone:*                    *Email:* <u>derrickmking@att.net</u>

*Do you intend to reside in the U.S. during your term of enrollment?* <u>Yes</u>

*Gender:* <u>Male</u>              *Date of Birth:* <u>01/23/1970</u>        *Place of Birth:* <u>Akron, Ohio</u>

*Present Business or Occupation:* <u>NONE</u>

*Name of Employer:* <u>None</u>                        *How long employed?* <u>N/A</u>

*Address of Employer:* <u>N/A</u>

*Do you expect your tuition will be reimbursed in whole or in part by your employer?* <u>No</u>

*Do you prefer the existence of this application and any subsequent enrollment be kept confidential from your employer?* <u>No</u>

*Have you ever been convicted of any crime (other than minor traffic violations)?* <u>Yes</u>

*Are you currently incarcerated?* <u>No</u>

*Do you hold any professional licenses?* <u>No</u>

*If yes, please list:*

*Previous surname(s) used, if any:*

*Page 1 of 4*

# EXHIBIT A

DocuSign Envelope ID: E5B4D9A7-D385-4C63-BFFE-A9D4A13F17DA



## *Taft Law School*
### *Information Certification*

*List any other names (such as maiden name) that might be reflected on your prior college transcripts from what you listed on the application.*

*Do you have regular Internet Access and basic E-Mail skills?*  <u>Yes</u>

*Do you have basic skills in Microsoft Windows®?*  <u>Yes</u>

*Do you have basic skills in Microsoft Word®?*  <u>Yes</u>

    *Check here if you anticipate requesting any special accommodations pursuant to the Americans with Disabilities Act (or any related Federal or state statute).*

*Have you graduated from High School?*  <u>Yes</u>

*High School Name:* <u>Buchtel H.S.</u>

*If you did not graduate from high school, did you earn a G.E.D?*

*Year:*

*Have you earned any of the following degrees from a school or university accredited in the United States?*

| | | | |
|---|---|---|---|
| *Earned Degree-AA:* <u>No</u> | | *Earned Degree-AS:* <u>Yes</u> |
| *Institution:* | | *Institution:* <u>Ohio University</u> |
| *Major:* | | *Major:* <u>Social Sciences</u> |
| *City:* | | *City:* <u>Athens</u> |
| *State:* | | *State:* <u>Ohio</u> |
| *Month:* | | *Month:* <u>June</u> |
| *Year:* | | *Year:* <u>1995</u> |
| *GPA:* | | *GPA:* <u>2.67</u> |

# EXHIBIT A

DocuSign Envelope ID: E5B4D9A7-D385-4C63-BFFE-A9D4A13F17DA



### *Taft Law School*
#### *Information Certification*

| | |
|---|---|
| *Earned Degree-AAS:* <u>No</u> | *Earned Degree-Bachelors:* <u>No</u> |
| *Institution:* | *Institution:* |
| *Major:* | *Major:* |
| *City:* | *City:* |
| *State:* | *State:* |
| *Month:* | *Month:* |
| *Year:* | *Year:* |
| *GPA:* | *GPA:* |
| | |
| *Earned Degree-Masters:* <u>No</u> | *Earned Degree-Prof/Doctorate:* <u>No</u> |
| *Institution:* | *Institution:* |
| *Major:* | *Major:* |
| *City:* | *City:* |
| *State:* | *State:* |
| *Month:* | *Month:* |
| *Year:* | *Year:* |
| *GPA:* | *GPA:* |

*Earned Degree-Other:* <u>Yes</u>

*Institution:* <u>Brown Mackie College</u>

*Major:* <u>Paralegal Studies</u>

*City:* <u>Akron</u>

*State:* <u>Ohio</u>

*Month:* <u>August</u>

*Year:* <u>2006</u>

*GPA:* <u>3.12</u>

# EXHIBIT A

DocuSign Envelope ID: E5B4D9A7-D385-4C63-BFFE-A9D4A13F17DA



## *Taft Law School*
### *Information Certification*

*Have you earned a degree from a college or university outside of the United States?*  **No**

*If so, have you had a U.S. Credential Evaluation done for this degree?*

*Institution Name:*

*Major:*

*City:*

*Country:*

*Month/Year:*

*Estimated GPA:*

*Are you currently enrolled at another school?*  **No**

*If so, list the name of the school and where it is located:*

*Have you taken the Law School Admission Test (LSAT)?*  **No**

*If yes, when did you take it and what was your score?*

*LSAT Score:*

*Have you ever enrolled in any resident, distance learning, or correspondence law school in the past?*  **No**

*If yes, are you eligible to return to your law school in good standing?*

*Have you ever taken any law courses (graduate or undergraduate – other than law school courses) in the past?*  **No**

*Have you previously applied to the J.D. or any other Taft University System Programs?*  **No**

*If yes, indicate approximate date of application and result:*

*Have you previously received federal student aid loans?*  **Yes**

**By signing this document you are certifying under penalty of perjury that the information contained in this certification is true and complete to the best of your knowledge.**

**This form must be returned with the enrollment materials in order to process your enrollment into the Program.**

Signature: Derrick M King _____        Date: _3/7/2016_____

*Page 4 of 4*

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.





## PRIORITY MAIL 2-DAY™

US POSTAGE & FEES PAID
PRIORITY MAIL
LEGAL FLAT RATE ENVELOPE
CombapRes

C013

DERRICK MARTIN KING
1445 CRESTVIEW AVE
AKRON OH 44320

SHIP TO:
CLERK OF COURTS
US DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
411 WEST FOURTH STREET Ste 1-053
SANTA ANA CA 92701-4516

USPS TRACKING #

9405 5118 9956 3520 6427 67

CLERK, U.S. DISTRICT COURT
JUN 1 2 2020
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

### UNITED STATES POSTAL SERVICE®

# PRIORITY MAIL

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only

EP14F Oct 2018
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS00001000014

This envelope is made from post-consumer waste. Please recycle - again.